UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIGUEL SANCHEZ, | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES** |
|---|---|
| Plaintiff, | |
| V. | |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | CASE NUMBER: 1:18-CV-00868-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X] GRANTED

[X] IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ] DENIED, for the following reasons:

ENTERED: June 27, 2018

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean