# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SANCHEZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-00868-EPG<br><br>**ORDER FOR PLAINTIFF TO COMPLETE AND RESUBMIT CONSENT OR REQUEST FOR REASSIGNMENT FORM**<br><br>(ECF Nos. 4-1, 6) |

In a June 27, 2018, order, the court directed the parties to complete and return a Consent to Assignment or Request for Reassignment form. (ECF No. 4-1.) Plaintiff has completed and submitted this form to the Court. (ECF No. 6.) However, in completing this form, Plaintiff inadvertently completed both portions of the form, indicating both (1) that he consented to proceed before a United States Magistrate Judge, and (2) that he declined to proceed before a United States Magistrate Judge and requested reassignment to a United States District Judge. It appears that Plaintiff may not have understood that he is to complete only one portion of the form.

As the Court explained in its June 27, 2018, order requiring the parties to complete and return the Consent to Assignment or Request for Reassignment form (ECF No. 4-1), this case has been randomly assigned to Magistrate Judge Erica P. Grosjean, but without written consent from the parties, a Magistrate Judge cannot conduct all proceedings and enter judgment in this

1

case. To ascertain whether Plaintiff intended to consent or, alternatively, decline to consent to proceed before a Magistrate Judge, the Court will require Plaintiff to complete and submit a new Consent to Assignment or Request for Reassignment form. Plaintiff is to complete only one portion of the form indicating that he either (1) consents to proceed before a United States Magistrate Judge, or (2) declines to consent to proceed before a United States Magistrate Judge.

IT IS ORDERED:

1. The Clerk of the Court is respectfully directed to send Plaintiff a new Consent to Assignment or Request for Reassignment form.
2. Plaintiff is directed to complete and return the Consent to Assignment or Request for Reassignment form within **fourteen (14) days** of this order. Plaintiff is to complete **only one portion** of the form:
   a. If Plaintiff **consents** to proceed before a United States Magistrate Judgment, he is to date and sign only the first portion of the form (the "Consent to Proceed Before a United States Magistrate Judge" portion);
   b. If Plaintiff **does not consent** to proceed before a United States Magistrate Judge and requests that his case be reassigned to a United States District Judge, he is to date and sign only the second portion of the form (the "Request for Reassignment to a United States District Judge" portion).

IT IS SO ORDERED.

Dated: **September 24, 2018**            /s/ Erin P. Groj
                                         UNITED STATES MAGISTRATE JUDGE