# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SANCHEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00868-EPG<br><br>**ORDER FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF No. 12) |

On June 25, 2018, Plaintiff, Miguel Sanchez, appearing *pro se*, initiated this action seeking review of the denial of Social Security Disability and/or Supplemental Security Income benefits. (ECF No. 1.) On January 17, 2019, Defendant, Commissioner of Social Security, filed a motion to dismiss, arguing that the Court lacks jurisdiction over this action because Plaintiff has not yet received a final decision from Social Security on his claim for benefits. (ECF No. 12.)

The Court orders a response from Plaintiff in order to consider the Commissioner's motion.

\\\
\\\
\\\
\\\

1

1    IT IS ORDERED that Plaintiff's response to Defendant's motion to dismiss, if any, shall
2 be filed within **fourteen (14) days** of the date of this order.

IT IS SO ORDERED.

Dated:   **January 31, 2019**                    /s/ *Eric P. Grosjean*
                                                 UNITED STATES MAGISTRATE JUDGE